Brooke B. Murphy
Katherine S. Huso
MATOVICH, KELLER & MURPHY, P.C.
P.O. Box 1098
Billings, MT  59103-1098
Telephone:  (406) 252-5500
Facsimile:  (406) 252-4613
E-mail:   bmurphy@mkfirm.com
           khuso@mkfirm.com
*Attorneys for Defendant*

## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **KEVIN DUECKER,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**LIBERTY MUTUAL FIRE** )<br>**INSURANCE COMPANY,** )<br>)<br>Defendant. )<br>) | Cause No. CV-12-56-RFC<br><br>**AFFIDAVIT OF**<br>**KATHERINE S. HUSO** |

STATE OF MONTANA    )
                     : 
County of Yellowstone )

Affiant Katherine S. Huso, of lawful age and, upon her oath, deposes and says:

1. I am an attorney licensed to practice in the State of Montana and employed by Matovich, Keller & Murphy, P.C., and representing

*Affidavit of Katherine S. Huso*
*Page 1 of 3*

EXHIBIT C

Liberty Mutual Fire Insurance Company (hereinafter "Liberty Mutual") in the above captioned matter.

2. On September 20, 2012, I had a phone conversation with Plaintiff's counsel Matthew Gallinger, in which we both agreed to serve discovery responses by October 1, 2012.

3. I followed up my September 20, 2012 phone conversation with Mr. Gallinger with an email that same day, confirming that both parties agreed to serve discovery responses by October 1, 2012. *See* Huso email to Gallinger (September 20, 2012), attached hereto as **Exhibit 1**.

4. Mr. Gallinger confirmed in a response email that the email I sent him on September 20, 2012, was correct. *See* Gallinger email to Huso (September 20, 2012), attached hereto as **Exhibit 2**.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 13th day of November, 2012.

_____
KATHERINE S. HUSO

STATE OF MONTANA        )
                        : ss.
County of Yellowstone   )

On this 13th day of November, 2012, before me, the undersigned, a Notary Public for the State of Montana, personally appeared Katherine S. Huso, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year in this certificate first above written.

*Erin Toone*
_____
NOTARY PUBLIC FOR THE STATE OF _____

NOTARIAL SEAL

Printed Name: Erin Toone
Residing at: Billings, MT
My Commission expires: 10/27/2016
                                    mm/dd/yyyy



ERIN TOONE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
October 27, 2016

*Affidavit of Katherine S. Huso*
*Page 3 of 3*

**From:** Katie Huso
**Sent:** Thursday, September 20, 2012 10:23 AM
**To:** mgallinger@tolliverlaw.com
**Cc:** Brooke Murphy; rhartman@tolliverlaw.com
**Subject:** Duecker

Matt,

Thanks for speaking with me today regarding our motion for protective order.  We will state in our motion that Plaintiff opposes the motion for now.  Additionally, both parties agree to serve discovery responses by October 1, but we are fine if Plaintiff needs until the 8th.  Just let us know.  Thanks.


Katherine (Katie) Huso
Matovich, Keller & Murphy, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Phone:  (406) 252-5500
Fax:  (406) 252-4613
Email:  khuso@mkfirm.com


**CONFIDENTIAL/ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**
WARNING: This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential, privileged information.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, storing, or other use or distribution of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this e-mail in error, please notify us immediately at (800) 682-8741 or (406) 252-5500 and permanently delete the original transmission and destroy any paper copies.  Thank you.

11/13/2012



**Erin Toone**

**From:** Erin Toone
**Sent:** Tuesday, November 13, 2012 2:35 PM
**To:** 'Erin'
**Subject:** FW: Duecker

---

**From:** Matthew Gallinger [mailto:Matt@tolliverlaw.com]
**Sent:** Thursday, September 20, 2012 10:24 AM
**To:** Katie Huso
**Subject:** RE: Duecker

Katie:

It was a pleasure talking to you as well.   Your email below is correct.

Thanks

Matt


*Matthew Gallinger*

mgallinger@tolliverlaw.com

Tolliver Law Firm, P.C.

PO Box 1913

Billings, MT 59103-1913

Phone: 406-256-9600

Fax: 406-256-0781

This email transmission may contain confidential information and also may be legally privileged as an attorney-client communication or attorney work-product. The information contained herein is intended solely for use by the individual or entity named as recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you received this transmission in error, please notify the sender and delete the copy you received. Thank you.



11/13/2012