FILED
DEC 07 2012
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN DUECKER, ) | |
| ) | Cause No. CV-12-56-BLG-RFC |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | MOTION TO COMPEL |
| LIBERTY MUTUAL FIRE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Liberty Mutual Fire Insurance Company filed its Motion to Compel Plaintiff's Discovery Responses and Brief in support on November 13, 2012. Plaintiff's response to Defendant's motion was due November 27, 2012, but no response was filed. Based upon Plaintiff's lack of response, Defendant's Motion to Compel is deemed well taken. *See L.R. 7.1.*

This case cannot move forward until Plaintiff responds to Defendant's discovery requests and Plaintiff's failure to serve discovery responses is prejudicial.

1

Therefore, IT IS HEREBY ORDERED that Defendant Liberty Mutual Fire Insurance Company's Motion to Compel Plaintiff's Discovery Responses [*doc. 15*] is **GRANTED**. Plaintiff is directed to respond to Defendant's First Combined Discovery responses no later than **December 21, 2012.**

DATED the 7th day of December, 2012.

RICHARD F. CEBULL
U.S. DISTRICT JUDGE